NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES E. LAWRENCE,**

*Claimant-Appellant*

v.

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2023-1829

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 23-33, Judge Grant Jaquith.

---

## O R D E R

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

2                                                    LAWRENCE V. MCDONOUGH

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

August 7, 2023
  Date                                    /s/ Jarrett B. Perlow
                                          Jarrett B. Perlow
                                          Clerk of Court

**ISSUED AS A MANDATE:** August 7, 2023